FILED
FEB 23 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:22CR00109 JAR/DDN** |
| v. ) | |
| ) | |
| JUSEPH EUGENE SUERO-OLMEDA, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

**(Unauthorized Use of Access Device)**

From on or about October 1, 2021, and continuing through on or about October 3, 2021, in the Eastern District of Missouri, the defendant,

**JUSEPH EUGENE SUERO-OLMEDA,**

did knowingly and with intent to defraud, used one or more unauthorized access devices, to wit, a Discover credit card belonging to "M.H.," during a one-year period, and by such conduct did obtain something of value aggregating $1,000.00 or more during that period, said conduct affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT TWO

**(Aggravated Identity Theft)**

On or about October 1, 2021, and continuing through on or about October 3, 2021, in the Eastern District of Missouri, the defendant,

1

**JUSEPH EUGENE SUERO-OLMEDA,**

during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, Title 18 United States Code Section 1029(a)(2) (access device fraud), did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: the Discover account number ending in 1937, belonging to "M.H.," knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT THREE

### (Aggravated Identity Theft)

On or about October 1, 2021, and continuing through on or about October 3, 2021, in the Eastern District of Missouri, the defendant,

**JUSEPH EUGENE SUERO-OLMEDA,**

during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, Title 18 United States Code Section 1029(a)(2) (access device fraud), did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: the Visa account number ending in 0389, belonging to "E.W.," knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER J. ROY #47203MO
Assistant United States Attorney

2